Willie Robert MOTLEY, Appellant,

v.

UNITED STATES of America, Appellee.

No. 24133.

United States Court of Appeals
Fifth Circuit.

April 18, 1968.

A. K. Black, Lake City, Fla., M. H. Myerson, Jacksonville, Fla., for appellant.

Bernard Nachman, Asst. U. S. Atty., Jacksonville, Fla., for appellee.

Before TUTTLE and WISDOM, Circuit Judges, and HEEBE, District Judge.

ORDER

PER CURIAM:

The United States of America agreeing that the recent Supreme Court cases of Grosso v. United States, 390 U.S. 62, 88 S.Ct. 709, 19 L.Ed.2d 906 (1968) and Marchetti v. United States, 390 U.S. 39, 88 S.Ct. 697, 19 L.Ed.2d 889 (1968) are on all fours with the instant case, and upon motion of the United States, the judgment of conviction is vacated and the case is remanded to the United States District Court for final disposition.

Brent L. SELLICK, Appellant,

v.

Clarence A. BARTLETT, Appellee.

No. 21304.

United States Court of Appeals
Ninth Circuit.

Sept. 18, 1967.

Rehearing Denied Jan. 9, 1968.

Before BROWNING and ELY, Circuit Judges, and BELLONI, District Judge.

ORDER

PER CURIAM.

Upon consideration of the record and appellant's brief and oral argument on appeal, the judgment is affirmed.

Richard T. DORMAN, Appellant,

v.

STATE OF GEORGIA et al., Appellees.

No. 25316.

United States Court of Appeals
Fifth Circuit.

April 22, 1968.

Richard T. Dorman, pro se.

Mathew Robins, Asst. Atty. Gen., Atlanta, Ga., for appellees.

Before WISDOM, BELL and DYER, Circuit Judges.

PER CURIAM:

The judgment is affirmed. Henderson v. Circuit Court, 5 Cir. 1968, 392 F.2d 551 [decided on April 22, 1968].